AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 3:19-cr-00243 |
| Dennis Lee Dauphinais | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 12-18-2019

_Dennis Dauphinais_
*Defendant's signature*

_Chad Penny_
*Signature of defendant's attorney*

_Chad Pennington_
*Printed name of defendant's attorney*

_____
*Judge's signature*

_Peter D. Welte, Chief Judge_
*Judge's printed name and title*